UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **AINSWORTH JACKSON** | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No.: 07-0203 (RWR) |
| | ) | |
| v. | ) | |
| | ) | |
| **FEDERAL BUREAU OF PRISONS, ET AL.** | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

**PRAECIPE**

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Alexander D. Shoaibi as counsel for defendants in the above-captioned case.

/s/
ALEXANDER D. SHOAIBI
D.C. BAR 423587
Assistant United States Attorney
555 4th St., N.W., Room E4218
Washington, D.C.  20530
202-514-7236

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Praecipe was mailed by depositing a copy of it in the U.S. Mail, first class postage prepaid, addressed to:

**AINSWORTH C. JACKSON**

#19728-101

RIVERS CORRECTIONAL INSTITUTION

P.O. Box 630

Winton, NC 27986

on this  9th   day of February, 2007.