UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AINSWORTH JACKSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 07-203 (RWR) |
| | ) |
| BUREAU OF PRISONS, et al. | ) |
| | ) |
| Defendants. | ) |

**DEFENDANTS' FIRST MOTION FOR ENLARGEMENT OF TIME TO FILE
REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS,
OR IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Defendants respectfully moves for a two week extension of time, to and including May 17, 2007 within which to file their reply to Plaintiff's opposition to Defendants' motion to dismiss or, in the alternative, for summary judgement and their opposition to Plaintiff's motion for a preliminary injunction.[1] This is Defendants' first request for an enlargement of time for this purpose. Defendants did not obtain the position of Plaintiff *pro se*, because Plaintiff is incarcerated in a federal prison.

---

[1] Plaintiff's opposition to Defendants' dispositive motion is entitled "Plaintiff's Motion in Opposition to Defendants (sic) Motion to Dismiss and/or Motion for Summary Judgment, and Motion for a Preliminary Injunction and Affidavit in Support." In the first paragraph of his opposition and in the "prayer for relief," Plaintiff states that he is asking for a "'Preliminary Injunction and Temporary Restraining Order' which enjoins the Defendants in removing this 'False & Erroneous' Information." Plaintiff earlier moved for the same relief in his Complaint ("plaintiff moves...that the court grants 'Injunctive Relief' to plaintiff by ordering the defendants to correct this inaccurate, incorrect and erroneous information that is contained in his files...and that the defendants be 'ordered' to remove this inaccurate, incorrect and erroneous information from the plaintiff's file." Complaint at pp. 4-5. Defendants' response to Plaintiff's request for injunctive relief, therefore, can already be found in Defendants' Motion to Dismiss or, in the Alternative, for Summary Judgement previously filed in this case.

For cause, Defendant states as follows:

Since receipt of Plaintiff's opposition and motion, undersigned counsel has been diligently working on Defendants' reply and opposition to motion for injunctive relief. Undersigned counsel, however, has been unable to complete Defendants' reply and opposition because of pressing obligations in other matters being handled by counsel. Granting Defendants' first enlargement of time in this case will provide undersigned counsel sufficient opportunity to complete the reply and opposition in this case, while addressing conflicting responsibilities.

For the foregoing reasons, Defendants respectfully requests that this motion for an enlargement of time be granted.[2]

Dated: May 2, 2007.

        Respectfully submitted,

        ___/s_/_____
        JEFFREY A. TAYLOR, D.C. BAR #498610
        United States Attorney

        ___/s/_____
        RUDOLPH CONTRERAS, D.C. Bar # 434122
        Assistant United States Attorney

        __/s/_____
        ALEXANDER D. SHOAIBI, D.C. Bar #423587
        Assistant United States Attorney
        5O1 Third Street, N.W., Rm E-4818
        Washington, D.C. 20530
        (202) 514-7236

---

[2] Pursuant to the Court's Local Rule 7.1(c), a proposed order consistent with this motion is attached herewith.

## CERTIFICATE OF SERVICE

I hereby certify that on this  2nd   day of May, 2007, I caused the foregoing **Defendant's First Motion for Enlargement of Time to File Reply and Opposition to Motion for Preliminary Injunction** to be served on plaintiff, postage prepaid, addressed as follows:

>Ainsworth C. Jackson, #19728-101
>Rivers Correctional Institution
>P.O. Box 630
>Winton, NC 27986

>  /s/
>ALEXANDER D. SHOAIBI
>Assistant United States Attorney

Case 1:07-cv-00203-RWR     Document 11     Filed 05/02/2007     Page 4 of 4

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **AINSWORTH JACKSON,** | ) |
| **Plaintiff,** | ) ) ) |
| v. | ) C.A. No. 07-203 (RWR) |
| **BUREAU OF PRISONS, et al.** | ) ) ) |
| **Defendants.** | ) ) ) |

## ORDER

**UPON CONSIDERATION** of defendants' first motion for enlargement of time to file their reply to plaintiff's opposition to defendants' dispositive motion and to file an opposition to plaintiff's motion for preliminary injunction, it is hereby **ORDERED** that the motion is **GRANTED**, and that defendants shall file their reply and opposition on or before May 17, 2007.

_____
UNITED STATES DISTRICT JUDGE

Dated: _____, 2007