**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **AINSWORTH JACKSON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **C.A. No. 07-203 (RWR)** |
| | ) | |
| **BUREAU OF PRISONS, et al.** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |
| | ) | |

<u>**DEFENDANTS' SECOND MOTION FOR ENLARGEMENT OF TIME TO FILE**
**REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS,**
**OR IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT**</u>

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Defendants respectfully

moves for an additional one week extension of time, to and including May 24, 2007, within

which to file their reply to Plaintiff's opposition to Defendants' motion to dismiss or, in the

alternative, for summary judgement and their opposition to Plaintiff's motion for a preliminary

injunction.  This is Defendants' second request for an enlargement of time for this purpose.

For cause, Defendants states as follows:

1.      Since filing its defendants' initial motion for enlargement of time to file a reply,

undersigned counsel has been involved in various matters, including preparing and finalizing a

summary judgment memorandum in <u>Public Citizens, Inc. v. OMB </u>(RCL), preparing an

opposition to a cross-motion for summary judgment in <u>Seifert v. Dept. of Navy </u>(RBW),

preparing a motion to dismiss in <u>Rodriguez v. Dept. of Homeland Security </u>(ESH), as well as

extensive discovery in <u>Washington v. Dept. of Labor </u>(CKK) and <u>Chrishon v. Dept. of</u>

<u>Agriculture </u>(RBW).  Because of his attention to these matters, undersigned counsel requests

additional time to finalize defendants' reply in this case.

2.     Because plaintiff is a prisoner, appearing here *pro se*, Local Rule 7(m) does not apply and the undersigned have not made efforts to contact him regarding this motion.[1]

3.     An additional week will be sufficient time for the finalization of Defendants' reply in this case.

Wherefore, for the foregoing reasons, Defendant respectfully requests an enlargement of time, up to and including May 24, 2007 to file a Reply to Plaintiff's Opposition to Defendant's Motion for Summary Judgment.

Dated: May 16, 2007.

Respectfully submitted,

____/s_/_____
JEFFREY A. TAYLOR, D.C. BAR #498610
United States Attorney

_____/s/_____
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

---

[1]     Local Civil Rule 7.1(m) requires "counsel" to discuss nondispositive motions with "opposing *counsel*." It does not require counsel to discuss those motions with <u>pro se</u> parties. Nonetheless, it has been the general practice of this office to attempt to discuss such motions with nonprisoner <u>pro se</u> parties.  This practice is informed by, and consistent with, Local Civil Rule 16.3(a).  Local Civil Rule 16.3(a) excludes prisoner <u>pro se</u> parties from the Court's meet-and-confer requirements.  Specifically, that Rule requires "[c]ounsel (including any *nonprisoner* <u>pro se</u> party)" to meet and confer prior to a scheduling conference.  LCvR 16.3(a) (emphasis added).

___/s/_____
ALEXANDER D. SHOAIBI, D.C. Bar #423587
Assistant United States Attorney
5O1 Third Street, N.W., Rm E-4818
Washington, D.C.  20530
(202) 514-7236

**CERTIFICATE OF SERVICE**

I hereby certify that on this __16th__ day of May, 2007, I caused the foregoing **Defendant's Second Motion for Enlargement of Time to File Reply and Opposition to Motion for Preliminary Injunction** to be served on plaintiff, postage prepaid, addressed as follows:

> Ainsworth C. Jackson, #19728-101
> Rivers Correctional Institution
> P.O. Box 630
> Winton, NC 27986

_/s/_____
ALEXANDER D. SHOAIBI
Assistant United States Attorney

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **AINSWORTH JACKSON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **C.A. No. 07-203 (RWR)** |
| | ) | |
| **BUREAU OF PRISONS, et al.** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |
| _____ | ) | |

**ORDER**

     **UPON CONSIDERATION** of defendants' second motion for enlargement of time to

file their reply to plaintiff's opposition to defendants' dispositive motion and to file an opposition

to plaintiff's motion for preliminary injunction, it is hereby **ORDERED** that the motion is

**GRANTED**, and that defendants shall file their reply and opposition on or before May 24, 2007.


                                _____
                                 UNITED STATES DISTRICT JUDGE

Dated: _____, 2007