UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AINSWORTH JACKSON, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 07-203 (RWR) |
| FEDERAL BUREAU OF PRISONS, et al., | ) |
| Defendants. | ) |

ORDER

In accordance with the accompanying Memorandum Opinion issued, it is hereby

ORDERED that defendants' motion to dismiss or, in the alternative, for summary judgment [7] is GRANTED. The Complaint is DISMISSED.

This is a final appealable Order. *See* Fed. R. App. P. 4(a).

SO ORDERED.

Signed this 14th day of March, 2008.

/s/
RICHARD W. ROBERTS
United States District Judge