# UNITED STATES DISTRICT COURT

FOR THE _____ District of  COLUMBIA _____

| | |
|---|---|
| Ainsworth C. Jackson<br>a/k/a George C. Jackson<br>Plaintiff<br><br>V.<br><br>Federal Bureau of Prisons,<br>U.S. Parole Commission<br>Defendant | **APPLICATION TO PROCEED<br>WITHOUT PREPAYMENT OF<br>FEES AND AFFIDAVIT**<br><br>CASE NUMBER: 07-203(RWR) |

I, __Ainsworth C. Jackson__ declare that I am the (check appropriate box)

☐ petitioner/plaintiff/movant/respondent   ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☒ Yes   ☐ No   (If "No," go to Part 2)

   If "Yes," state the place of your incarceration __Rivers Correctional Institution__

   Are you employed at the institution? __Yes__   Do you receive any payment from the institution? __Yes__

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed?   ☐ Yes   ☒ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. (List both gross and net salary.)

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. __February 2005__

3. In the past 12 twelve months have you received any money from any of the following sources?

   | | | | |
   |---|---|---|---|
   | a. | Business, profession or other self-employment | ☐ Yes | ☒ No |
   | b. | Rent payments, interest or dividends | ☐ Yes | ☒ No |
   | c. | Pensions, annuities or life insurance payments | ☐ Yes | ☒ No |
   | d. | Disability or workers compensation payments | ☐ Yes | ☒ No |
   | e. | Gifts or inheritances | ☐ Yes | ☒ No |
   | f. | Any other sources | ☒ Yes | ☐ No |

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

```
I have received $1125.00 from friends.  I do not expect to
receive this amount within the next twelve months.  Each
source sent me from $50.00 to $20.00.
```

4. Do you have **any** cash or checking or savings accounts?    ☐ Yes    ☒ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?    ☐ Yes    ☒ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. (If children are dependents, please refer to them by their initials)

I declare under penalty of perjury that the above information is true and correct.

3-24-08                      *(signature)* Ainsworth Jackson
_____                   _____
   Date                        Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

## ORDER OF THE COURT

| The application is hereby denied. | The application is hereby granted. Let the applicant proceed without prepayment of costs or fees or the necessity of giving security thereof. |
|---|---|
| _____  _____<br>United States Judge      Date | _____  _____<br>United States Judge      Date |

```
===================================================
                RIVERS CORRECTIONAL INSTITUTION
===================================================
                   Resident Account Summary
                 Sunday, March 23, 2008  @11:52
=============================================================================
For REG: 19728101    JACKSON, ANISWORTH C
-----------------------------------------------------------------------------
   Date      Transaction Description          Amount    Balance   Owed    Held    Reference
-----------------------------------------------------------------------------
03/20/2008 PHONE PURCH ITS                    -15.00     38.67    0.00    0.00
03/18/2008 DEPMO       DAINTY                  40.00     53.67    0.00    0.00
03/13/2008 PHONE PURCH ITS                    -30.00     13.67    0.00    0.00
03/13/2008 EPR         OID:100109581-ComisaryPur -25.02  43.67    0.00    0.00
03/07/2008 DEPMO       NORMA                   50.00     68.69    0.00    0.00
03/06/2008 EPR         OID:100108730-ComisaryPur -5.88   18.69    0.00    0.00
03/06/2008 PAYROLL                              4.08     24.57    0.00    0.00
03/06/2008 PHONE PURCH ITS                    -15.00     20.49    0.00    0.00
03/06/2008 PAYROLL     Pod Orderly PM          13.92     35.49    0.00    0.00
03/04/2008 DEPMO       ANDERSON                20.00     21.57    0.00    0.00
02/28/2008 PHONE PURCH ITS                    -10.00      1.57    0.00    0.00
02/28/2008 EPR         OID:100107881-ComisaryPur -5.40   11.57    0.00    0.00
02/26/2008 ERF         OID:100106435-ComisaryRef  1.70   16.97    0.00    0.00
02/21/2008 PHONE PURCH ITS                    -10.00     15.27    0.00    0.00
02/21/2008 EPR         OID:100107201-ComisaryPur -7.94   25.27    0.00    0.00
02/14/2008 EPR         OID:100106435-ComisaryPur -1.70   33.21    0.00    0.00
02/14/2008 EPR         OID:100106133-ComisaryPur -6.16   34.91    0.00    0.00
02/14/2008 PHONE PURCH ITS                    -20.00     41.07    0.00    0.00
02/08/2008 ERF         OID:100104368-ComisaryRef  0.99   61.07    0.00    0.00
02/05/2008 PAYROLL     Pod Oderly AM           14.88     60.08    0.00    0.00
01/31/2008 PHONE PURCH ITS                    -15.00     45.20    0.00    0.00
01/31/2008 EPR         OID:100104368-ComisaryPur -5.34   60.20    0.00    0.00
01/28/2008 DEPMO       NORMAN                  50.00     65.54    0.00    0.00
01/24/2008 PHONE PURCH ITS                    -25.00     15.54    0.00    0.00
01/24/2008 EPR         OID:100103248-ComisaryPur -9.58   40.54    0.00    0.00
01/23/2008 DEPMO       T. ANDERSON             25.00     50.12    0.00    0.00
01/17/2008 EPR         OID:100102379-ComisaryPur -6.21   25.12    0.00    0.00
01/17/2008 PHONE PURCH ITS                    -25.00     31.33    0.00    0.00
01/15/2008 DEPMO       PHONONIX                55.00     56.33    0.00    0.00
01/14/2008 ERF         OID:100100608-ComisaryRef  0.99    1.33    0.00    0.00
01/10/2008 EPR         OID:100100608-ComisaryPur -11.32   0.34    0.00    0.00
01/10/2008 PHONE PURCH ITS                     -6.00     11.66    0.00    0.00
01/03/2008 PAYROLL     Pod Oderly AM           14.88     17.66    0.00    0.00
01/03/2008 EPR         OID:100099842-ComisaryPur -7.78    2.78    0.00    0.00
01/03/2008 PHONE PURCH ITS                    -14.00     10.56    0.00    0.00
12/27/2007 PHONE PURCH ITS                    -10.00     24.56    0.00    0.00
12/27/2007 EPR         OID:100099200-ComisaryPur -5.49   34.56    0.00    0.00
12/26/2007 DEPMO       DAINTY                  40.00     40.05    0.00    0.00
12/20/2007 EPR         OID:100098502-ComisaryPur -5.22    0.05    0.00    0.00
12/13/2007 EPR         OID:100097679-ComisaryPur -9.03    5.27    0.00    0.00
12/13/2007 PHONE PURCH ITS                    -15.00     14.30    0.00    0.00
12/07/2007 PAYROLL     UNIT B-NOV              13.92     29.30    0.00    0.00
12/07/2007 PHONE PURCH ITS                    -15.00     15.38    0.00    0.00
12/07/2007 EPR         OID:100096759-ComisaryPur -7.89   30.38    0.00    0.00
12/06/2007 PAYROLL     UNIT B                  13.92     38.27    0.00    0.00
11/30/2007 PHONE PURCH ITS                    -35.00     24.35    0.00    0.00
11/30/2007 EPR         OID:100096030-ComisaryPur -22.54  59.35    0.00    0.00
11/27/2007 DEPMO       NELSON                  30.00     81.89    0.00    0.00
11/21/2007 DEPMO       NORMA                   50.00     51.89    0.00    0.00
11/16/2007 PHONE PURCH ITS                    -15.00      1.89    0.00    0.00
11/16/2007 EPR         OID:100094577-ComisaryPur -15.87  16.89    0.00    0.00
11/13/2007 PAYROLL     Pod Oderly AM           14.40     32.76    0.00    0.00
11/09/2007 PHONE PURCH ITS                     -5.00     18.36    0.00    0.00
11/09/2007 EPR         OID:100093615-ComisaryPur -10.10  23.36    0.00    0.00
11/05/2007 DEPMO       DAINTY                  25.00     33.46    0.00    0.00
11/05/2007 EPR         OID:100092883-ComisaryPur -28.43   8.46    0.00    0.00
11/02/2007 ERF         OID:100092136-ComisaryRef 27.56   36.89    0.00    0.00
11/02/2007 EPR         OID:100092136-ComisaryPur -27.56   9.33    0.00    0.00
11/02/2007 PHONE PURCH ITS                    -35.00     36.89    0.00    0.00
10/29/2007 DEPMO       DAINTY                  20.00     71.89    0.00    0.00
10/26/2007 EPR         OID:100091819-ComisaryPur -6.85   51.89    0.00    0.00
10/25/2007 PHONE PURCH PHONE TIME             -30.00     58.74    0.00    0.00
10/25/2007 EPR         OID:100091168-ComisaryPur -14.55  88.74    0.00    0.00
-----------------------------------------------------------------------------
                                 Page 1
```

```
=========================================================
                 RIVERS CORRECTIONAL INSTITUTION
=========================================================
                      Resident Account Summary
                   Sunday, March 23, 2008  @11:52
=========================================================================
For REG: 19728101    JACKSON, ANISWORTH C
-------------------------------------------------------------------------
   Date      Transaction Description           Amount   Balance   Owed    Held   Reference
-------------------------------------------------------------------------
10/24/2007 DEPMO        P. RUSSELL              50.00    103.29   0.00    0.00
10/22/2007 DEPMO        NORMAN                  50.00     53.29   0.00    0.00
10/19/2007 EPR          OID:100090675-ComisaryPur -8.36    3.29   0.00    0.00
10/18/2007 PHONE PURCH  ITS                    -20.00     11.65   0.00    0.00
10/18/2007 EPR          OID:100089931-ComisaryPur -8.71   31.65   0.00    0.00
10/15/2007 DEPMO        DAINTY                  30.00     40.36   0.00    0.00
10/12/2007 PHONE PURCH  ITS                    -25.00     10.36   0.00    0.00
10/12/2007 EPR          OID:100089031-ComisaryPur -30.29   35.36   0.00    0.00
10/10/2007 PAYROLL      Pod Orderly PM          14.40     65.65   0.00    0.00
10/05/2007 DEPMO        DAINTY                  20.00     51.25   0.00    0.00
10/05/2007 PHONE PURCH  ITS                    -15.00     31.25   0.00    0.00
10/05/2007 EPR          OID:100088019-ComisaryPur -19.24   46.25   0.00    0.00
10/02/2007 ERF          OID:100087128-ComisaryRef  2.24   65.49   0.00    0.00
09/28/2007 PHONE PURCH  ITS                    -15.00     63.25   0.00    0.00
09/28/2007 EPR          OID:100087128-ComisaryPur -7.47   78.25   0.00    0.00
09/27/2007 DEPMO        DAINTY                  20.00     85.72   0.00    0.00
09/26/2007 DEPMO        NORMAN                  50.00     65.72   0.00    0.00
09/18/2007 ERF          OID:100085383-ComisaryRef 14.14   15.72   0.00    0.00
09/14/2007 PHONE PURCH  ITS                    -15.00      1.58   0.00    0.00
09/14/2007 EPR          OID:100085383-ComisaryPur -21.83  16.58   0.00    0.00
09/11/2007 DEPMO        TINA                    20.00     38.41   0.00    0.00
09/11/2007 PAYROLL      Pod Orderly PM          14.88     18.41   0.00    0.00
09/07/2007 EPR          OID:100084965-ComisaryPur -1.70    3.53   0.00    0.00
09/07/2007 PHONE PURCH  ITS                    -22.00      5.23   0.00    0.00
09/07/2007 EPR          OID:100084172-ComisaryPur -10.77  27.23   0.00    0.00
08/31/2007 PHONE PURCH  ITS                    -35.00     38.00   0.00    0.00
08/31/2007 EPR          OID:100083321-ComisaryPur -15.19  73.00   0.00    0.00
08/24/2007 PHONE PURCH  ITS                    -20.00     88.19   0.00    0.00
08/24/2007 EPR          OID:100082523-ComisaryPur -14.31 108.19   0.00    0.00
08/22/2007 DEPMO        PHONIX                  50.00    122.50   0.00    0.00
08/22/2007 DEPMO        NORMAN                  50.00     72.50   0.00    0.00
08/21/2007 DEPMO        NELSON                  20.00     22.50   0.00    0.00
08/17/2007 PHONE PURCH  ITS                    -25.00      2.50   0.00    0.00
08/17/2007 EPR          OID:100081613-ComisaryPur -12.42  27.50   0.00    0.00
08/10/2007 PHONE PURCH  ITS                    -15.00     39.92   0.00    0.00
08/10/2007 EPR          OID:100080606-ComisaryPur -14.28  54.92   0.00    0.00
08/09/2007 PAYROLL      Pod Orderly PM          12.96     69.20   0.00    0.00
08/08/2007 DEPMO        DAINTY                  40.00     56.24   0.00    0.00
08/03/2007 PHONE PURCH  ITS                    -25.00     16.24   0.00    0.00
08/03/2007 EPR          OID:100079609-ComisaryPur -15.87  41.24   0.00    0.00
08/02/2007 DEPMO        NORMAN                  50.00     57.11   0.00    0.00
07/26/2007 PHONE PURCH  PHONE TIME             -10.00      7.11   0.00    0.00
07/26/2007 EPR          OID:100078973-ComisaryPur -10.31  17.11   0.00    0.00
07/24/2007 DEPMO        DAINTY                  20.00     27.42   0.00    0.00
07/20/2007 PHONE PURCH  ITS                    -25.00      7.42   0.00    0.00
07/20/2007 EPR          OID:100078244-ComisaryPur -22.46  32.42   0.00    0.00
07/19/2007 DEPMO        NORMAN                  50.00     54.88   0.00    0.00
07/13/2007 PHONE PURCH  ITS                    -20.00      4.88   0.00    0.00
07/13/2007 EPR          OID:100077329-ComisaryPur -15.52  24.88   0.00    0.00
07/12/2007 PAYROLL      Pod Orderly PM          14.40     40.40   0.00    0.00
07/11/2007 ERF          OID:100076292-ComisaryRef  4.50   26.00   0.00    0.00
07/06/2007 PHONE PURCH  ITS                    -30.00     21.50   0.00    0.00
07/06/2007 EPR          OID:100076292-ComisaryPur -23.66  51.50   0.00    0.00
07/05/2007 DEPMO        DAINTY                  25.00     75.16   0.00    0.00
06/29/2007 DEPMO        NORMAN                  50.00     50.16   0.00    0.00
06/29/2007 EPR          OID:100075361-ComisaryPur -6.37    0.16   0.00    0.00
06/22/2007 EPR          OID:100074564-ComisaryPur -15.74   6.53   0.00    0.00
06/18/2007 DEPMO        D. NELSON               20.00     22.27   0.00    0.00
06/15/2007 PHONE PURCH  ITS                    -15.00      2.27   0.00    0.00
06/15/2007 EPR          OID:100073716-ComisaryPur -19.83  17.27   0.00    0.00
06/08/2007 EPR          OID:100072748-ComisaryPur -13.60  37.10   0.00    0.00
06/06/2007 PAYROLL      Pod Orderly PM          14.88     50.70   0.00    0.00
06/01/2007 PHONE PURCH  ITS                    -10.00     35.82   0.00    0.00
-------------------------------------------------------------------------
                              Page 2
```

```
=====================================================
                RIVERS CORRECTIONAL INSTITUTION
=====================================================
                    Resident Account Summary
                  Sunday, March 23, 2008  @11:52
================================================================================
For REG: 19728101    JACKSON, ANISWORTH C
--------------------------------------------------------------------------------
   Date     Transaction Description            Amount    Balance   Owed    Held    Reference
--------------------------------------------------------------------------------
06/01/2007 EPR          OID:100071811-ComisaryPur    -9.46     45.82    0.00    0.00
05/29/2007 DEPMO        NELSON                      25.00     55.28    0.00    0.00
05/25/2007 PHONE PURCH  ITS                        -15.00     30.28    0.00    0.00
05/25/2007 EPR          OID:100071038-ComisaryPur   -20.69     45.28    0.00    0.00
05/22/2007 DEPMO        DAISEY NELSON               40.00     65.97    0.00    0.00
05/18/2007 EPR          OID:100070567-ComisaryPur    -1.20     25.97    0.00    0.00
05/18/2007 PHONE PURCH  ITS                        -25.00     27.17    0.00    0.00
05/18/2007 EPR          OID:100069974-ComisaryPur   -19.01     52.17    0.00    0.00
05/11/2007 PAYROLL      Pod Orderly PM              14.40     71.18    0.00    0.00
05/04/2007 EPR          OID:100068269-ComisaryPur   -16.22     56.78    0.00    0.00
05/04/2007 PHONE PURCH  ITS                        -30.00     73.00    0.00    0.00
04/30/2007 DEPMO        DIANA                       50.00    103.00    0.00    0.00
04/27/2007 DEPMO        DAINTEX                     50.00     53.00    0.00    0.00
04/26/2007 ERF          OID:100066808-ComisaryRef    1.49      3.00    0.00    0.00
04/23/2007 WDRAWAL CHK  A JACKSON 19728-101         -5.00      1.51    0.00    0.00
04/20/2007 PHONE PURCH  ITS                        -10.00      6.51    0.00    0.00
04/20/2007 EPR          OID:100066808-ComisaryPur   -12.64     16.51    0.00    0.00
04/16/2007 DEPMO        DAINTY                      20.00     29.15    0.00    0.00
04/10/2007 PAYROLL      Pod Orderly PM               9.12      9.15    0.00    0.00
04/06/2007 EPR          OID:100065044-ComisaryPur    -8.52      0.03    0.00    0.00
03/30/2007 PHONE PURCH  PHONE TIME                 -15.00      8.55    0.00    0.00
03/30/2007 EPR          OID:100064081-ComisaryPur   -17.27     23.55    0.00    0.00
03/29/2007 DEPMO        DAINTY                      40.00     40.82    0.00    0.00
03/16/2007 PHONE PURCH  ITS                        -20.00      0.82    0.00    0.00
03/16/2007 EPR          OID:100062633-ComisaryPur   -12.70     20.82    0.00    0.00
03/15/2007 DEPMO        DAINTY                      20.00     33.52    0.00    0.00
03/12/2007 PAYROLL      Pod Orderly PM              13.44     13.52    0.00    0.00
03/02/2007 PHONE PURCH  ITS                         -6.00      0.08    0.00    0.00
02/23/2007 PHONE PURCH  ITS                        -15.00      6.08    0.00    0.00
02/23/2007 EPR          OID:100060001-ComisaryPur    -9.23     21.08    0.00    0.00
02/20/2007 DEPMO        DAMDY NELSON                30.00     30.31    0.00    0.00
02/16/2007 PHONE PURCH  ITS                         -6.00      0.31    0.00    0.00
02/16/2007 EPR          OID:100059265-ComisaryPur   -10.74      6.31    0.00    0.00
02/09/2007 PHONE PURCH  ITS                        -20.00     17.05    0.00    0.00
02/08/2007 PAYROLL                                  16.80     37.05    0.00    0.00
02/08/2007 DEPMO        D. NELSON                   20.00     20.25    0.00    0.00
01/19/2007 EPR          OID:100056207-ComisaryPur    -3.32      0.25    0.00    0.00
01/19/2007 PHONE PURCH  ITS                         -9.00      3.57    0.00    0.00
01/19/2007 EPR          OID:100055530-ComisaryPur    -3.94     12.57    0.00    0.00
01/12/2007 PHONE PURCH  ITS                        -10.00     16.51    0.00    0.00
01/12/2007 EPR          OID:100054591-ComisaryPur   -29.00     26.51    0.00    0.00
01/10/2007 PAYROLL                                  14.88     55.51    0.00    0.00
01/09/2007 DEPMO        DAINTY                      40.00     40.63    0.00    0.00
01/05/2007 PHONE PURCH  ITS                        -17.00      0.63    0.00    0.00
12/29/2006 EPR          OID:100053119-ComisaryPur   -19.42     17.63    0.00    0.00
12/27/2006 ERF          OID:100052342-ComisaryRef    0.95     37.05    0.00    0.00
12/22/2006 EPR          OID:100052342-ComisaryPur   -10.35     36.10    0.00    0.00
12/22/2006 PHONE PURCH  ITS                        -10.00     46.45    0.00    0.00
12/21/2006 DEPMO        DORTOHY                     50.00     56.45    0.00    0.00
12/19/2006 MISC         COMMISSARY PURCHASE         -2.40      6.45    0.00    0.00
12/14/2006 EPR          OID:100052138-ComisaryPur   -23.64      8.85    0.00    0.00
12/14/2006 PHONE PURCH  ITS                        -20.00     32.49    0.00    0.00
12/14/2006 EPR          OID:100051402-ComisaryPur   -13.15     52.49    0.00    0.00
12/11/2006 PAYROLL      Pod Oderly AM               20.16     65.64    0.00    0.00
12/08/2006 PHONE PURCH  ITS                        -25.00     45.48    0.00    0.00
12/08/2006 EPR          OID:100050479-ComisaryPur    -7.89     70.48    0.00    0.00
12/07/2006 DEPMO        NORMAN                      50.00     78.37    0.00    0.00
12/04/2006 DEPMO        D. NELSON                   20.00     28.37    0.00    0.00
12/01/2006 EPR          OID:100049736-ComisaryPur   -15.95      8.37    0.00    0.00
12/01/2006 PHONE PURCH  ITS                        -15.00     24.32    0.00    0.00
11/22/2006 PHONE PURCH  ITS                        -20.00     39.32    0.00    0.00
11/22/2006 EPR          OID:100049542-ComisaryPur   -14.43     59.32    0.00    0.00
11/20/2006 DEPMO        D. NELSON                   40.00     73.75    0.00    0.00
--------------------------------------------------------------------------------
                              Page 3                                    S008
```