UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AINSWORTH C. JACKSON,<br><br>    Plaintiff,<br><br>    v.<br><br>FEDERAL BUREAU OF PRISONS *et al.*,<br><br>    Defendants. | Civil Action No. 07-0203 (RWR) |

## ORDER

Upon consideration of plaintiff's motion to proceed on appeal *in forma pauperis*, and plaintiff's affidavit in support of the motion, it is hereby

**ORDERED** that plaintiff's motion [17] be, and hereby is, **GRANTED**.

SIGNED this 17th day of April, 2008.

                              /s/
                    RICHARD W. ROBERTS
                    United States District Judge